IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, ) | CRIMINAL NO. 3:12-329-CMC |
| ) | |
| v. ) | **OPINION and ORDER** |
| ) | |
| George McLeod, III, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the court on motion of Defendant to correct his Presentence Report (PSR). ECF No. 322. Defendant argues that at sentencing, the court "instructed the Probation Department to remove **all** references to the word 'minor' in regards to this proceeding." Mot. at 1.

At sentencing, the court directed that paragraphs 85 through 92 be stricken, and that any references to the offense having involved a minor in paragraph 84 be deleted. *See* Tr. of Sentencing Hearing at 12-13, ECF No. 306. These were the only paragraphs in the PSR in which references to the minor were stricken.

Defendant's motion is, therefore, **denied**.

**IT IS SO ORDERED**.

                                              s/ Cameron McGowan Currie
                                              CAMERON MCGOWAN CURRIE
                                              SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 14, 2014