IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 3:12-329-CMC |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| George McLeod, III, | ) | |
| a/k/a "Pimpstick Quezzy," | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, proceeding *pro se*, seeks reconsideration of the grant of summary judgment to the Government on his motion for relief under 28 U.S.C. § 2255. ECF No. 348. Defendant argues he is entitled to relief under Federal Rules of Civil Procedure 60(b)(1) and 60(b)(3) because the court allegedly failed to address one of the claims asserted in his § 2255 motion and that the Government engaged in fraud on the court. Mot. at 1. The Government has responded in opposition. ECF No. 351. No further response has been received from Defendant, and the time for response has expired.

For the reasons argued by the Government, with which the court agrees and adopts, Defendant is not entitled to relief. Accordingly, Defendant's motion for reconsideration is **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
April 21, 2015

1